In the Matter of the Claim of MAY LO MONICO, Appellant, v. COCA COLA BOTTLING COMPANY OF NEW YORK, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.